**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Leonardo Aquino Guzman,<br>Petitioner<br>-vs-<br>Eric Rokosky, et al.,<br>Respondents. | CV-26-6572-PHX-JFM<br><br>**Order** |

Petitioner has filed a Petition for Writ of Habeas Corpus (Doc. 1) arguing his continued and prolonged (almost 12 months) detention violates his Fifth Amendment substantive due process rights and procedural due process rights under *Franco-Gonzalez v. Holder*, 767 F.Supp.2d 1034 (C.D. Cal. 2010).

Respondents have responded (Doc. 8) arguing, *inter alia*, that Petitioner is properly and mandatorily detained because he was "**arrested for**, is convicted of, admits having committed, or admits committing acts which constitute the essential elements of any burglary, **theft**, larceny, shoplifting, or assault of a law enforcement officer offense, or any crime that results in death or serious bodily injury to another person." 8 U.S.C. § 1226(c)(1)(E)(ii). Respondents rely upon the determination in *Jennings v. Rodriguez*, 583 U.S. 281, 288 (2018) that § 1226(c) ""carves out a statutory category of aliens who may not be released under § 1226(a)."

However, Petitioner's Petition is not founded upon statutory grounds, but upon constitutional ones. And *Jennings* decided only statutory questions. It expressly declined to reach the detainees' constitutional arguments and remanded those arguments for the Ninth Circuit "to consider them in the first instance." *Jennings*, 583 U.S. at 312. *Cf. Padilla v. U.S. Immigr. & Customs Enf't,* No. 24-2801, slip op. at 25–27 (9th Cir. Sept. 21, 2026) (concluding that "entry fiction," and the corresponding denial of constitutional

protections, applies only to aliens detained proximate to their place and time of entry). Respondents do not address Petitioner's substantive and procedural due process claims.

**IT IS THEREFORE ORDERED**:

(A) Respondents have through **October 1, 2026** to file a Supplemental Response addressing Petitioner's constitutional claims.

(B) Petitioner has 14 days from the service of such Supplemental Response to reply to the Response (Doc. 8) and such Supplemental Response.

Dated: September 24, 2026

26-6572o Order 26 09 23 re Supp Ans.docx

James F. Metcalf
United States Magistrate Judge